1  Rebecca Bruch, Esq., Nevada Bar No. 7289
   Charity F. Felts, Esq., Nevada Bar No. 10581
2  ERICKSON THORPE & SWAINSTON
   99 West Arroyo Street
3  Reno, Nevada 89509
   (775)786-3930
4  (775)786-4160
   Attorneys for Defendants



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 1 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BONNIE DUKE,

      Plaintiff,

vs.

CITY OF FERNLEY, KELLY MALLOY, TODD CUTLER, DONALD PARSON, SR., MONTE MARTIN, CURT CHAFFIN, AND CAL ELRICH,

      Defendants.

Case No. 3:09-cv-00739-RAM

**REQUEST FOR CLARIFICATION**

Defendants CITY OF FERNLEY, KELLY MALLOY, TODD CUTLER, DONALD PARSON, SR., MONTE MARTIN, CURT CHAFFIN, AND CAL ELRICH, (hereinafter "Defendants") by and through their counsel, REBECCA BRUCH, ESQ., and CHARITY FELTS, ESQ., of ERICKSON, THORPE & SWAINSTON, hereby request for clarification regarding defendant attendance at Early Neutral Evaluation.

This Court is currently scheduled to conduct an Early Neutral Evaluation in the above-referenced case on Monday, November 8, 2010, at 1:30 p.m. Defendants are being defended and indemnified under their agreement with the Nevada Public Agency Insurance Pool ("Pool"). The Pool will be represented by Dan Hamlin, who has full and final settlement authority in this case.

Defendants seek clarification as to what other defendants the court would like to be in attendance. Specifically, former Mayor Todd Cutler now is the superintendent of the Lassen County School District, and resides in Susanville, California. We do not believe his

Case 3:09-cv-00739-RAM   Document 39   Filed 11/01/10   Page 2 of 3

presence and participation are critical to the process. Likewise, we do not believe that councilmembers Martin, Chaffin or Elrich have other than a minor role in this case. Ms. Duke's allegations center almost exclusively around conduct by Ms. Malloy and Mr. Parsons, and we would anticipate the Court would want them to attend.

We would anticipate that City Attorney Brandi Jensen would attend as representative for the City of Fernley.

Based on the foregoing, Defendants would request that former Mayor Todd Cutler and councilmembers Martin, Chaffin and Elrich be excused from participating in the ENE.

DATED this 1st day of November, 2010.

ERICKSON, THORPE & SWAINSTON, LTD.

By: _____/s/ Rebecca Bruch_____
REBECCA BRUCH, ESQ. (# 7289))
CHARITY F. FELTS, ESQ. (#10581)
Attorneys for Defendants

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: November 1, 2010

ERICKSON, THORPE & SWAINSTON, LTD.

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., 99 West Arroyo Street, Reno, Nevada 89509; and that on this date I served a copy of the **REQUEST FOR CLARIFICATION** foregoing document by U.S. District Court CM/ECF Electronic Filing to:

**ALLEN D. GIBSON, ESQ.**
**165 W Main Street. Suite B**
**P.O. Box 1960**
**Fernley, NV 89408**

DATED this 1st day of November, 2010.

/s/ Sara B. Pastore /s/

ERICKSON, THORPE &
SWAINSTON, LTD.

3