```
                                          ✓ FILED          ___ RECEIVED
                                          ___ ENTERED      ___ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                              JUL 1 8 2011

                                          CLERK US DISTRICT COURT
                                           DISTRICT OF NEVADA
                                          BY:_____ DEPUTY
```

1  Rebecca Bruch, Esq., Nevada Bar No. 7289
   Charity F. Felts, Esq., Nevada Bar No. 10581
2  ERICKSON THORPE & SWAINSTON
   99 West Arroyo Street
3  Reno, Nevada 89509
   (775)786-3930
4  (775)786-4160

5  Attorney for Defendants
   CITY OF FERNLEY, KELLY MALLOY, TODD CUTLER, DONALD PARSONS, SR.,
6  MONTE MARTIN, CURT CHAFFIN, AND CAL EILRICH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BONNIE DUKE,                              Case No. 3:09-cv-00739-RCJ-RAM

      Plaintiff,

vs.
                                          STIPULATION AND ORDER TO
CITY OF FERNLEY, KELLY MALLOY,            EXTEND DEADLINE FOR
TODD CUTLER, DONALD PARSONS,              DISPOSITIVE MOTIONS
SR., MONTE MARTIN, CURT CHAFFIN,          (FIRST REQUEST)
AND CAL EILRICH,

      Defendants.
_____/

    COMES NOW, Defendants CITY OF FERNLEY, KELLY MALLOY, TODD CUTLER, DONALD PARSONS, SR., MONTE MARTIN, CURT CHAFFIN, AND CAL EILRICH, (hereinafter "Defendants") by and through their counsel, REBECCA BRUCH, ESQ., and CHARITY FELTS, ESQ., of ERICKSON, THORPE & SWAINSTON, and Plaintiff BONNIE DUKE, by and through her attorney of record, ALLEN D. GIBSON, ESQ., and hereby submit the proposed stipulation to extend the dispositive motions deadline in the discovery plan for the following reasons.

    The parties previously agreed to an extension of time for disclosure of Plaintiff's expert witness report, up to and including July 14, 2011. Due to the illness of Plaintiff's expert, the parties agree to an additional two-week extension, up to and including July 28, 2011.

    Because of the delay in Defendants' receipt of Plaintiff's expert report, the parties

1 agree to extend the dispositive motions deadline by two weeks to August 18, 2011. A Joint
2 Pretrial Order shall be filed no later than thirty (30) days after August 18, 2011, unless
3 dispositive motions are filed, in which case the date for filing a Joint Pretrial Order shall be
4 suspended until thirty (30) days after the decision of the last dispositive motion or further
5 order of the Court. Any disclosures required by Fed. R. Civ. P.26(a)(3), and any objections
6 thereto shall be included in the Pretrial Order.

DATED this 14th day of July, 2011.                    DATED this 14th day of July, 2011.

/s/ Rebecca Bruch                                     /s/ Allen D. Gibson
REBECCA BRUCH, ESQ                                    ALLEN D. GIBSON, ESQ
State Bar No. 7289                                    State Bar No. 2001
99 West Arroyo Street                                 165 W. Main St., Ste B
Reno, NV 89509                                        P.O. Box 1960
(775) 786-3930                                        Fernley NV, 89048
(775) 786-4160                                        (775) 575-7700
rbruch@etsreno.com                                    Fernleylaw@sbcglobal.net
Attorney for all Defendants                           Attorney for Plaintiff

IT IS SO ORDERED.
DATED this 18th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE